IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK ROSSELLO | ) |
| | ) |
| v. | ) NO. 3-12-0493 |
| | ) JUDGE CAMPBELL |
| KELLY J. GILL, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 47). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and this action is DISMISSED for lack of subject matter jurisdiction. The Clerk is directed to close the file, and any other pending Motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE