UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANK ROSSELLO<br><br>Plaintiff<br><br>v.<br><br><br><br><br><br><br>KELLY J. GILL, et al<br><br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>NO. 3:12-0493<br>JUDGE CAMPBELL |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/16/12.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk